CLOSED,APPEAL,MJSELECT

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:02-cr-01313-ILG-1

| | |
|---|---|
| Case title: USA v. Klotsman | Date Filed: 11/13/2002 |
| | Date Terminated: 12/16/2002 |

Assigned to: Judge I. Leo Glasser

Appeals court case number: 105.00

### Defendant (1)

| | | |
|---|---|---|
| **Gennday Klotsman**<br>TERMINATED: 12/27/2002<br>*also known as*<br>John Doe | represented by | **Alexei M. Schacht**<br>Nalven & Schacht<br>350 Fifth Avenue<br>Suite 1422<br>New York, NY 10118<br>212-616-5540<br>Fax: 212-616-5543<br>Email: nalvenandschacht@yahoo.com<br>*TERMINATED: 12/27/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1001(a)(2) and 3551 et seq.-<br>STATEMENTS OR ENTRIES<br>GENERALLY<br>(1) | Sealed |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| **USA**<br>*TERMINATED: 12/27/2002* | represented by **Jonathan S. Sack**<br>U.S. Attorney's Office<br>Criminal Division<br>1 Pierrepont Plaza<br>14th Floor<br>Brooklyn, NY 11201<br>212-856-9600<br>Fax: 212-856-9494<br>Email: jsack@magislaw.com<br>*TERMINATED: 12/27/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2002 | | Magistrate Chrein has been selected by random selection to handle any matters that may be referred in this case. (Rodriguez,Angela) (Entered: 11/15/2002) |
| 11/13/2002 | 1 | Notice of intent to proceed under FRCrP 7(b) as to John Doe. (Rodriguez,Angela) (Entered: 11/15/2002) |
| 11/15/2002 | 2 | FELONY INFORMATION as to Gennday Klotsman (1) count(s) 1. (Rodriguez,Angela) (Dessources, Jose). (Additional attachment(s) added on 6/5/2014: # 1 Information) (Dessources, Jose). (Dessources, Jose). (Entered: 12/02/2002) |
| 11/15/2002 | 3 | WAIVER OF INDICTMENT by Gennday Klotsman. (Rodriguez,Angela) (Entered: 12/16/2002) |
| 11/15/2002 | 4 | CALENDAR ENTRY as to Gennday Klotsman; Case called before Senior Judge I. L. Glasser on date of 11/15/02 for pleading. Court Reporter: Tony Mancuso. Defendant enters plea of Guilty: Klotsman (1) count(s) 1 . Waiver of indictment signed. Sentencing in this case and in 98cr1069 set for 12/11/02 at 2:30. (Rodriguez,Angela) (Entered: 12/16/2002) |
| 12/16/2002 | 6 | SEALED DOCUMENT as to Gennday Klotsman. (Rodriguez,Angela) (Brown, Marc). (Entered: 12/30/2002) |
| 12/16/2002 | | Sentencing held Gennday Klotsman (1) count(s) 1. (Rodriguez,Angela) (Entered: 12/30/2002) |
| 12/27/2002 | 7 | SEALED JUDGMENT. (Rodriguez,Angela) (Brown, Marc). (Entered: 12/30/2002) |
| 12/30/2002 | 5 | SEALED DOCUMENT as to Gennday Klotsman. (Rodriguez,Angela) (Brown, Marc). (Entered: 12/30/2002) |
| 12/30/2002 | 8 | NOTICE OF APPEAL by Gennday Klotsman (1) count(s) 1. The Defendant |

| | | |
|---|---|---|
| | | appeals the Sealed Judgment that was entered on 12/30/02. NO FEE PAID. THE DEFT HAS RETAINED COUNSEL. Forms distributed. Judge notified. PLEASE NOTE: THIS NOA WAS ORIGINALLY FILED ON 12/26/02. (Gonzalez, Mary) (Entered: 12/30/2002) |
| 12/30/2002 | | Certified copy of docket sheet sent to USCA. [8-1] appeal (Gonzalez, Mary) (Entered: 12/30/2002) |
| 01/06/2003 | | USCA appeal fees received as to Gennday Klotsman [8-1] appeal. Fee paid $ 105.00 Receipt # 271343 (Gonzalez, Mary) (Entered: 01/06/2003) |
| 02/21/2003 | 10 | MANDATE OF USCA (certified copy) as to Gennday Klotsman Re: [8-1] appeal Motion for an Order permitting withdrawal of appeal granted. Issued as Mandate: 2/12/03. Acknowledgment returned to USCA. Judge notified. A copy of this Mandate sent to Chambers. USCA #02-1785. (McGee, Maryann) (Entered: 02/25/2003) |
| 02/28/2003 | 11 | ORDER as to Gennday Klotsman: the minutes of the proceeding at which defendant was sentenced are hereby unsealed and made available to Alexei Schacht upon request and at the defendant's expense. (Signed by Senior Judge I. L. Glasser on 2/27/03) (Rodriguez,Angela) (Entered: 03/03/2003) |
| 03/04/2003 | 12 | LETTER dated 2/20/03 from Alexei Schacht to Judge Glasser requesting an order unsealing the minutes of defendant's sentencing. (Rodriguez,Angela) (Entered: 03/04/2003) |
| 09/20/2012 | 13 | MOTION to Unseal Document *Limited Unsealing Application* by USA as to Gennday Klotsman. (Attachments: # 1 Proposed Order Limited Unsealing Order) (Cooley, Alicyn) (Entered: 09/20/2012) |
| 09/21/2012 | 14 | LIMITED UNSEALING ORDER, granting 13 Motion to Unseal Document as to Gennday Klotsman (1). Ordered by Judge I. Leo Glasser on 9/21/2012. (Layne, Monique) (Entered: 09/21/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/04/2015 21:16:11 | | | |
| **PACER Login:** | evannorris:3250362:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:02-cr-01313-ILG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |