

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN
F.#2002R02513

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 9, 2015

By ECF and Hand

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Vodicka v. United States
                 Miscellaneous Docket No. 15-242 (JG)

Dear Judge Gleeson:

      The government respectfully submits this supplemental letter in response to the Court's February 12, 2015 order directing the government to respond to Mr. Vodicka's motion seeking, among other things, to unseal certain documents that remain under seal in United States v. Gennady Klotsman, 02 CR 1313 (ILG) (E.D.N.Y.) (the "2002 Case").

      Having now reviewed the balance of the documents reflected on the public docket from the 2002 Case and conferred with counsel for Mr. Klotsman, the government's position with regard to sealing is as follows:

- Docket Entry Nos. 1 (7(b) notice), 3 (waiver of indictment), 4 (calendar entry), 8 (notice of appeal), 10 (mandate), 11 (order), and 12 (letter) can be unsealed, and the government so moves.

2

The government will be prepared to answer any questions the Court has at the upcoming oral argument on Mr. Vodicka's motion.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

By:      /s/
             Evan M. Norris
             Assistant U.S. Attorney
             718-254-6376

cc:    Clerk of Court (JG) (by ECF)
        Mr. Brian Vodicka (by ECF)
        Alexei Schacht, Esq. (by ECF)